**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Rebecca LeBlanc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**REBECCA LEBLANC; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiff,

v.

**MYFOOTPATH, LLC,**

Defendant.

**Case No.:** C 14-02994 RS

**JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)**

///

///

///

///



KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiff REBECCA LEBLANC ("Plaintiff") and Defendant MYFOOTPATH, LLC ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Stipulation for Dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims during the pendency of this action; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and, (iv) the putative class members are being dismissed without prejudice.

Plaintiff and Defendant hereby jointly move to dismiss the Action WITH PREJUDICE as to Plaintiffs and WITHOUT PREJUDICE as to the putative class members with each party to bear its own costs and attorneys' fees.

Date: September 30, 2014 **KAZEROUNI LAW GROUP, APC**

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

///

///

///

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a **certified** class may be settled, voluntarily dismissed, or compromised only with the court's approval.

Date: September 30, 2014 **VENABLE LLP**

By: _____/s Daniel Silverman___
DANIEL SILVERMAN, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: September 30, 2014 **KAZEROUNI LAW GROUP, APC**

By: _____/s Matthew M. Loker_____
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626