# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA LEBLANC; INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**MYFOOTPATH, LLC,**<br><br>Defendant. | Case No.: C 14-02994 RS<br><br>~~[PROPOSED]~~ ORDER OF DISMISSAL |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice as to Plaintiff; and, without prejudice as to the putative class members. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 9/30/14

_____
HON. RICHARD SEEBORG
U.S. DISTRICT JUDGE